**Exhibit A to the Complaint**

**Location:** Livermore, CA  **IP Address:** 98.42.106.44
**Total Works Infringed:** 28  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4D5530201BA92824C972C9A6A027975367364254<br>File Hash:<br>ABF757FF04D7D9E57395CCB0BF21BDCBE25277F401D64EB56A00ED821182F045 | 08-24-2022 01:29:11 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 2 | Info Hash: 128798081988957B5A32120370C7530C5A1C91D2<br>File Hash:<br>291C23A4144E9FD82588C9E040C431AE32A9BAEAF050EC99DBC81FAFC12994E4 | 08-23-2022 17:50:19 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 3 | Info Hash: CE73CA99168EDCE9156684C8CEF8BEB1099A7589<br>File Hash:<br>66CE8B404559EE334D589778D98D9A6B9FD16AAE754D081257BBF6F9F41239DD | 08-14-2022 16:49:50 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 4 | Info Hash: D73AEC1FEFD00FE4501D3C0DBF13E2C8CE93DF9D<br>File Hash:<br>265D66AD5E21297835AD177F9124C8A90E0B59019453039742D7A782DF800F80 | 08-06-2022 15:45:54 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 5 | Info Hash: 090D77EC61FDA2BD836D779C539F3FEBAC07894A<br>File Hash:<br>E7086B2BBB82EAD91C8088538702CF61AA91940A63617DFB01D185E48B369847 | 07-31-2022 07:44:56 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 6 | Info Hash: C0952E868885777CC7EB497C04B5D359AD8B96B6<br>File Hash:<br>555AD7AF90C622E6B39FE17F12A53045E28BC5B5ED0C60CD844732B34D76251B | 07-12-2022 22:05:17 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |
| 7 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash:<br>B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-12-2022 12:53:03 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 8 | Info Hash: 73C1CFDBEAE974AA5608DD6A075E750B44792E93<br>File Hash:<br>92589981C1143D2216928127F24F269945F5EBDD4C3AE93B0C4447D4E71D6E39 | 07-05-2022 17:18:50 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 9 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash:<br>F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 06-30-2022 18:26:17 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 10 | Info Hash: 2BA098EFDEAC3DA471EE388B2AFE651FB17C588B<br>File Hash:<br>247D2E808C74168449FC63DFACE298F2633D8E3D5BAAB755B94531816782125C | 06-22-2022 19:17:32 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 11 | Info Hash: 753DB9E3FFCE964CDCA123264C11D44030CDF3A9<br>File Hash:<br>A54D1AE4E6499E5ABF988393A261C551A386C015B96646C0161BE5139ADF5E20 | 06-21-2022 18:25:37 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 65A0487C51094EEA6D3EAB657360E8929CEB6A67<br>File Hash: 480AA02CD170A9F75DBC79A02CE489EF907B6EB0EF5DCF6765D0E4848CC2751A | 06-12-2022 19:24:39 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 13 | Info Hash: 667D183DC46864A9E712095A85552E0EAF6A6115<br>File Hash: B5229ABC51DAA095B400E7BFC6AF029E2AAF08C64BF1CCE74213ED8AF8010BF2 | 06-07-2022 16:50:54 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 14 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 05-28-2022 19:55:35 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 15 | Info Hash: F8E1D9BB88F3D2848D08349AFBEB19EBB75A37FA<br>File Hash: 3173D8CBB86D1DC838D97E05D1880D421048B275B83DD4BB75ACD7FF010A1148 | 05-01-2022 19:11:43 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 16 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash: 1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-09-2022 23:49:54 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 17 | Info Hash: DC1B9D766C597FC946E85E423062ECC46695787E<br>File Hash: 895FF7540BCEB1F9575C65FB27EB7A51965318C099AA5DB7F661B49693CF72D1 | 03-09-2022 18:14:30 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 18 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash: 6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 02-21-2022 17:50:41 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 19 | Info Hash: 41C4E9A9C94939C52E98BEC92E7DFF229DF1CE4C<br>File Hash: CB85878C2EC577F11C1C868EC2E7A6DEFDFCAAB2688D905C4019C3C744920D04 | 02-14-2022 10:23:30 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 20 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-10-2022 18:24:41 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 21 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash: 350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 02-09-2022 21:48:58 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 22 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 02-01-2022 23:17:23 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 23 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 01-31-2022 19:02:44 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash:<br>8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-16-2022 20:32:38 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 25 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash:<br>C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-04-2022 15:57:10 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 26 | Info Hash: 84C18B18D9F1F5E887F25856B43B3C1F9AD886D2<br>File Hash:<br>C22CE5325AD1F558ADD98BFE78999AEB46429FC0B8E9E31D5A2D8694149510D0 | 01-04-2022 01:56:05 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 27 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash:<br>A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-27-2021 19:51:26 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 28 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E<br>File Hash:<br>B98513AE2490FF3F323AE1CC7F75EC58C20154B89A409B54083E456853E5E623 | 11-10-2021 18:37:45 | Blacked Raw | 07-11-2019 | 09-17-2019 | PA0002216212 |